**Order entered April 21, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00834-CV

### LIZA WILDMAN, INDIVIDUALLY AND AS
### TRUSTEE OF THE SPRINGMAN-WILDMAN TRUST, Appellant

### V.

### ANNETTE PATRIZI AND ERIC PATRIZI, Appellees

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-02529-2018

## ORDER

Before the Court is appellees' April 19, 2021 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **June 8, 2021**. We caution appellees that further extension requests will be disfavored.

/s/     CRAIG SMITH
            JUSTICE